RECEIVED

APR 2 6 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD LABIT<br>    LA. DOC #195223<br>VS. | CIVIL ACTION NO. 6:11-cv-0574<br>SECTION P<br>JUDGE DOHERTY |
| ROBIN LANDRY, ET AL. | MAGISTRATE JUDGE HILL |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915A.

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this 26 day of April, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE